IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SYNERGY MANAGEMENT, LLC a | * | CIVIL ACTION NO. 07-5892 |
| Louisiana Limited Liability Corporation | * | |
| | * | SECTION:  N, MAG. 2 |
| VERSUS | * | |
| | * | JUDGE KURT D. ENGELHARDT |
| LEGO JURIS A/S, a Denmark Corporation | * | |
| | * | MAGISTRATE |
| | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.2.6, comes Terrence J. Lestelle, a member in good standing of the Louisiana State Bar Association and the United States District Court for the Eastern District of Louisiana, and hereby requests this Honorable Court to enter an order admitting New York attorney Brett E. Lewis to appear pro hac vice in this civil action along with undersigned counsel on behalf of the plaintiff Synergy Management, LLC.  This motion is supported by the Affidavit of Brett E. Lewis which is attached hereto as Exhibit "A" and his certificate of good standing from the Appellate Division of the Supreme Court of the State of New York First Judicial Department, which is attached as Exhibit "B."

   **/s/ Terrence J. Lestelle**
**TERRENCE J. LESTELLE – 8540**
**ANDREA S. LESTELLE – 8539**
**JEFFERY B. STRUCKHOFF – 30173**
**LESTELLE & LESTELLE**
3421 N. Causeway Blvd, Ste. 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229
lestelle@lestellelaw.com
            and
**BRETT E. LEWIS – NY State No. 468655**
**LEWIS & HAND LLP**
45 Main Street
Suite 818
Brooklyn, New York  11201
Telephone:  (718) 423-9323
Facsimile:  (718) 243-9326
Brett@lewishand.com
(pending admission pro hac vice)

**Attorneys for Plaintiff**
**SYNERGY MANAGEMENT, LLC**