### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SYNERGY MANAGEMENT, LLC a Louisiana Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEGO JURIS A/S, a Denmark Corporation,<br><br>Defendants. | :<br>:<br>:<br>: CIVIL ACTION NO. 07-5892<br>:<br>: SECTION: N<br>:<br>: JUDGE: ENGELHARDT<br>:<br>: MAGISTRATE: WILKINSON<br>:<br>: |

### AFFIDAVIT OF BRETT E. LEWIS TO APPEAR *PRO HAC VICE*

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF KINGS     )

Personally appeared before me the undersigned Attorney in and for said County and State, BRETT E. LEWIS, who is known to me, being by me first duly sworn on oath, deposes and says as follows:

1. My name is Brett E. Lewis and my business name and address are Lewis & Hand, LLP, 45 Main Street, Suite 818, Brooklyn, NY 11201. My residence is 70 Washington Street, Apt. 6D, Brooklyn, NY 11201

2. I desire to appear as counsel *pro hac vice* in the United States District Court for the Eastern District of Louisiana, in the above-styled action. I was admitted to



practice in the United States District Court for the Eastern District of New York on December 17, 1999, and the United States District Court for the Southern District of New York on March 1, 2002. I am a member in good standing of the New York State Bar, and a member in good standing of the New York State Bar Association. I am licensed to practice in all state courts in New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

3. I am currently licensed in good standing to practice law in the State of New York and I am not currently, nor have I ever been, suspended or disbarred. I have not been the subject of disciplinary action by the bar or courts of New York during the preceding ten (10) years, nor ever. No criminal charges have ever been instituted against me.

4. I have not filed an Affidavit to appear *pro hac vice* in the United States District Court for the Eastern District of Louisiana within the preceding twelve (12) months.

5. Unless permitted to withdraw by order of the Court, I will continue to represent the client in this cause until the final determination of the cause, and with reference to all matters incident to such cause, I consent to the jurisdiction of this Court, and of its disciplinary tribunals in all respects as if I were a regularly admitted and licensed member of the Louisiana bar.

6. I am associated in this cause with Terrence J. Lestelle, Esq., a member of the Bar in good standing in the State of Louisiana. Mr. Lestelle's business address and

name are Lestelle & Lestelle, 3421 N. Causeway Boulevard, Suite 602, Metairie, Louisiana 70002-3726.

FURTHER AFFIANT SAYETH NOT

Executed this 2 day of October 2007.

_____
Brett E. Lewis

SWORN TO AND SUBSCRIBED before me this 2nd day of October 2007.

_____
Robert P. Johnson – Notary Public

ROBERT P. JOHNSON
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02JO6158220
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES DEC. 26, 2010