# Appellate Division of the Supreme Court
## of the State of New York
### First Judicial Department

I, David Spokony, Deputy Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## BRETT EVAN LEWIS

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 3rd day of May, 1999 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

September 27, 2007

Deputy Clerk

7992

EXHIBIT
B